IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-745-D

| | |
|---|---|
| CASSANDRA LUSCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MGA HOME HEALTHCARE L.L.C., ) | |
| and MGA HOME HEALTHCARE ) | |
| FAYETTEVILLE, LLC, ) | |
| ) | |
| Defendants. ) | |

In light of plaintiff's response [D.E. 19] and having reviewed the record and governing law, the court GRANTS the motion to dismiss of defendant MGA Home Healthcare L.L.C. d/b/a/ MGA Homecare [D.E. 13] and DISMISSES WITHOUT PREJUDICE the complaint against it.

SO ORDERED. This 1 day of April, 2025.

JAMES C. DEVER III
United States District Judge